UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM WHALEY individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, a foreign corporation, THE IAMS COMPANY, a foreign corporation, DOG FOOD PRODUCERS NUMBERS 1- 50 and CAT FOOD PRODUCERS 1- 40,<br><br>Defendants. | No.   C07-0411RSM<br><br>NOTICE OF ASSOCIATION OF COUNSEL<br><br>**(Clerk's Action Required)** |

TO:         The Clerk of the Court

AND TO:    Attorneys for Defendants

YOU AND EACH OF YOU are hereby given notice that Michael D. Myers of Myers & Company, P.L.L.C., 1809 Seventh Avenue, Suite 700, Seattle, Washington 98101, (206) 398-1188, is associating as attorney for record with Adam P. Karp of Animal Law Office, 114 West Magnolia Street, Suite 425, Bellingham, Washington 98225, (360) 738-7273, attorneys for plaintiffs and class members in the above-captioned action.

NOTICE OF ASSOCIATION - 1

1   Please direct all future correspondence and pleadings to both attorneys.

2   DATED this 23rd day of March, 2007.

3                                    MYERS & COMPANY, P.L.L.C.

4                                    Attorneys for Plaintiffs and Class members

5

6
                                     By:    /s/ Michael Davis Myers
7                                           Michael David Myers
                                            WSBA No. 22486
8                                           Myers & Company, P.L.L.C.
                                            1809 Seventh Avenue, Suite 700
9                                           Seattle, Washington 98101
                                            Telephone: (206) 398-1188
10                                          Facsimile: (206) 400-1112
                                            E-mail:mmyers@myers-company.com
11

12                                   ANIMAL LAW OFFICES

13                                   Attorneys for Plaintiffs and Class members

14

15                                   By: _____
                                            Adam P. Karp
16                                          WSBA No. 28622
                                            Animal Law Offices
17                                          114 West Magnolia Street, Suite 425
                                            Bellingham, Washington 98225-4354
18                                          Telephone: (360) 738-7273
                                            Facsimile: (360) 392-3936
19                                          E-mail:adam@animal-lawyer.com

20

21

22

23

24

25