THE HONORABLE RICARDO S. MARTINEZ
Hearing Date: 5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TOM WHALEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MENU FOODS, a foreign corporation; THE IAMS COMPANY, a foreign corporation; DOG FOOD PRODUCERS NUMBERS 1-50; and CAT FOOD PRODUCERS 1-40,

Defendants.

No. CV 07-0411 RSM

CERTIFICATE OF SERVICE

I, Cheryl B. Lee, say:

I hereby certify that on April 18, 2007, I electronically filed Defendant Menu Foods' Motion to Stay All Proceedings, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Adam Karp
Animal Law Offices
114 West Magnolia Street, Suite 425
Bellingham, WA 98225
adam@animal-lawyer.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
mmyers@myers-company.com

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

DATED this 18th day of April, 2007, at Seattle, Washington.

Cheryl B. Lee
Legal Assistant to Jeffrey T. Kestle

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318