

**APR 2 3 2007**



AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

### BEFORE THE JUDICIAL PANEL ON

### MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 1850 |
| PET FOOD PRODUCTS LIABILITY LITIGATION | |

**RESPONSE OF PLAINTIFF SHIRLEY SEXTON TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS' MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407**



**07-CV-00411-CERT**

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiff/Movant *Shirley Sexton*

[Additional Counsel Listed on Signature Page]

1

Plaintiff Shirley Sexton ("Movant *Sexton*") hereby responds to two motions:  the motions of Plaintiff Christina Troiano ("Plaintiff Troiano"),and Plaintiffs Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrence Mitchell, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michele Suggett and Don James ("Washington Plaintiffs").

All of the pending motions support centralization and transfer of these approximately sixty (60) cases to a single district court.  For the reasons set forth below and in the accompanying memorandum of law, Movant *Sexton* respectfully submits that the District of New Jersey is the most appropriate transferee forum.

**Movant *Sexton* responds as follows to the factual averments made by Plaintiff Troiano in her transfer motion:**

1.      Admit.

2.      Admit.

3.      Admit.

4.      Admit that actions contend that from December 3, 2006 up to and including March 6, 2007 Defendants introduced defective pet food into the stream of commerce but clarify that the recall dates have been expanded to include pet food manufactured as early as November 3, 2006. Admit that aminopterin, an agent used in rat poisons, was a suspected contaminant, but that recent investigations have focused on the presence of melamine and other substances found in wheat gluten.

5.      Admit and clarify that recall dates have been expanded to include pet food

2

manufactured as early as November 3, 2006.

6.      Deny and aver that centralization and transfer to the Southern District of Florida will not serve the convenience of parties and witnesses under 28 U.S.C. § 1407. Aver that the District of New Jersey is the most suitable transferee forum, in part, because of its geographic proximity to two of the most prevalent defendants in this litigation – Menu Foods Income Fund and Menu Foods, Inc.

7.      Admit.

8.      Admit.

9.      Deny and aver that centralization and transfer to the Southern District of Florida will not promote the just and efficient conduct of this litigation under 28 U.S.C. § 1407. The majority of the actions in this litigation are located in the District of New Jersey, primary defendants are headquartered in or near New Jersey, federal investigations have occurred in New Jersey, and New Jersey is more accessible to defendants traveling from China.

10.     Admit.

11.     Admit that no prejudice or inconvenience would result from transfer in general.

12.     Deny and aver that the District of New Jersey has managed and terminated a greater number of MDL cases than the Southern District of Florida. The District of New Jersey also has fewer cases that are over three years old. *Id.*

13.     Admit that these actions should be transferred and consolidated or coordinated. Deny that the Southern District of Florida is the most appropriate transferee forum.

3

Movant *Sexton* responds as follows to the factual averments made by the
Washington Plaintiffs in their transfer motion:

1.    Admit.

2.    Admit.

3.    Admit.

4.    Admit.

    a.  Admit.

    b.  Admit.

    c.  Admit.

    d.  Admit.

5.    Admit.

6.    Admit.

7.    Deny and aver that centralization and transfer to the Western District of
Washington will not serve the convenience of parties and witnesses nor promote the just and
efficient conduct of these actions.  Because the vast majority of cases and two primary
defendants in this litigation are located in or near the District of New Jersey, transferring all sixty
(60) actions to the District of New Jersey would promote efficiency in discovery.

8.    Admit that the Western District of Washington has resources and expertise.  Deny
that it is the most appropriate transferee forum.

9.    Admit.

4

Dated:  April 19, 2007                    **WEXLER TORISEVA WALLACE LLP**


By:  _____
                    MARK J. TAMBLYN

                    1610 Arden Way, Suite 290
                    Sacramento, California 95815
                    Telephone:  (916) 568-1100
                    Facsimile:  (916) 568-7890

                    Kenneth A Wexler
                    **WEXLER TORISEVA WALLACE LLP**
                    One North LaSalle Street, Suite 290
                    Chicago, Illinois 60602
                    Telephone: (312) 346-2222
                    Facsimile:  (312) 346-0022

                    Stuart C. Talley
                    **KERSHAW, CUTTER & RATINOFF, LLP**
                    980 9th Street, 19th Floor
                    Sacramento, California 95814
                    Telephone: (916) 448-9800
                    Facsimile: (916) 669-4499

                    Attorneys for *Plaintiff/Movant, Shirley Sexton*





APR 2 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

In re:

PET FOOD PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1850

## PLAINTIFF SHIRLEY SEXTON'S MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS' MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION UNDER 28 U.S.C. § 1407

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone:  (916) 568-1100
Facsimile:  (916) 568-7890

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for Plaintiff/Movant *Shirley Sexton*

[Additional Counsel Listed on Signature Page]

1

## I.    PRELIMINARY STATEMENT

Pursuant to Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (hereinafter "the Panel"), Plaintiff Shirley Sexton respectfully submits the following response to the motions of Plaintiff Christina Troiano ("Plaintiff Troiano") and Plaintiffs Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrence Mitchell, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michele Suggett and Don James ("Washington Plaintiffs").

Since Movant *Sexton's* motion was filed, over fifty (50) additional actions have been brought in at least ten different district courts around the nation. Out of these actions, over twenty (20), close to half of all the additional cases filed in this litigation, were filed in the District of New Jersey.

Furthermore, since Movant filed its motion to centralize actions in the Central District of California, several plaintiffs have demonstrated unequivocal support for transferring and consolidating these actions in the District of New Jersey. No party has opposed centralization. As a result, this response solely addresses the issue of the proper transferee forum which Movant now submits is the District of New Jersey.

In addition to the dramatic increase of cases filed in this litigation, there have been numerous factual developments since Movant *Sexton* filed its initial motion with the Panel. The recall by Menu Foods Income Fund has greatly expanded and now includes close to fifty

2

different brands of cat food[1] and over fifty different brands of dog food.[2]  Several other pet food manufacturers have also voluntarily added its pet food and pet treat products to the nationwide recall list, including Hill's Pet Nutrition,[3] Del Monte Pet Products[4] and Sunshine Mills.[5] Moreover, the Food and Drug Administration (FDA) has traced the contaminated wheat gluten thought to be responsible for the illness and deaths of potentially thousands of pets to suppliers in China and has since blocked imports from those suppliers.[6]  As a result, recent cases have named these companies as defendants in this litigation.[7]

## II.    ARGUMENT

The Panel has found that litigation has a strong nexus to a particular district court where, for example, the majority of related federal court actions are pending, where defendants' headquarters reside, and where relevant witnesses and documents will likely be found.  Such a nexus makes that district court an appropriate transferee forum.  *See, e.g.*, *In re Pfizer Inc. Sec., Derivative & "ERISA" Litig.*, 374 F. Supp. 2d 1348, 1350 (J.P.M.L. 2005).  Whether a district is

---

[1] Menufoods.com, *Recalled Cat Product Information*, April 17, 2007, *at* http://www.menufoods.com/recall/product_cat.html (last visited April 18, 2007).
[2] Menufoods.com, *Recalled Dog Product Information*, April 17, 2007, *at* http://www.menufoods.com/recall/product_dog.html (last visited April 18, 2007).
[3] Hillspet.com, *News Updates*, *at* http://www.hillspet.com/zSkin_2/HillsPressRelease.jsp (last viewed April 18, 2007).
[4] Delmonte.com, *Del Monte Products Voluntarily Withdraws Specific Product Codes of Pet Treats and Wet Dog Food Products in the United States*, April 6, 2007, *at* http://www.delmonte.com/petfoodrecall.html (last viewed April 18, 2007).
[5] Sunshinemills.com, *Sunshine Mills, Inc. Issues Voluntary Nationwide Recall of Certain Branded and Private Label Branded Dog Biscuits*, April 5, 2007, *at* http://www.sunshinemills.com/press_release.html (last viewed April 18, 2007).
[6] *See, e.g.*, MSNBC.com, *China Probing Wheat Gluten Tied to Pet Deaths*, April 6, 2007, *at* http://www.msnbc.msn.com/id/17980629/ (last viewed April 18, 2007).
[7] *See, e.g.*, *Luke DeBarthy v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, Xuzhou Anying Biologic Technology Development Company Ltd. and Suzhou Textile Import and Export Company*, Case No. 1:07-cv-01739-NLH-AMD, filed on April 10, 2007 in the United States District Court for the District of New Jersey.

3

convenient to witnesses and parties and easily accessible are also significant considerations in choosing a transferee forum. *See, e.g.*, *In re Southwestern Bell Tel. Co. Maternity Benefits Litig.*, 400 F. Supp. 1400, 1401 (J.P.M.L. 1975). Lastly, the Panel decides where to centralize or consolidate cases by examining the capacity of a district court to manage multidistrict litigation, *see, e.g.*, *In re Bextra & Celebrex Prods. Liab. Litig.*, 391 F. Supp. 2d 1377, 1379 (J.P.M.L. 2005), and has considered whether a governmental investigation related to the litigation has taken place in a particular district. *See, e.g.*, *In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004). The District of New Jersey amply satisfies each of these factors.

### A. The Vast Majority of Actions Were Filed in the District of New Jersey

More cases are pending in the District of New Jersey than any other district court in the nation. The district in which the majority of actions were filed is a significant factor in deciding upon the appropriate transferee forum. *See, e.g.*, *In re Temporomandibular Joint (TMJ) Implants Prods. Liab. Litig.*, 844 F. Supp. 1553, 1554 (J.P.M.L. 1994) (holding that, in part, because over 100 of the 173 actions were filed in the District of Minnesota, the District of Minnesota was the most appropriate transferee forum); *In re Air Crash Disaster Near Coolidge, Arizona, on May 6, 1971*, 362 F. Supp. 572, 573 (J.P.M.L. 1973) (indicating that a particular district court was the appropriate transferee forum partly because the vast majority of the cases were pending in that district); *In re Baldwin-United Corp. Litig.*, 581 F. Supp. 739, 741 (J.P.M.L. 1984) (indicating that one of the factors for centralizing in a particular district was that "plaintiffs in 23 of the 40 actions . . . brought their actions in the [district].").

4

Out of the sixty (60) actions pending, twenty-eight (28) of these reside in the District of New Jersey. In fact, there are no more than six (6) cases filed in any other district court involved in this litigation.

## B. Relevant Witnesses and Documents Are Located in the District of New Jersey

The location of a defendant's principal place of business and relevant witnesses and documents are critical factors for determining where to centralize multidistrict litigation. *See, e.g., In re Stand 'n Seal Prods. Liab. Litig.*, 469 F. Supp. 2d 1351, 1352 (J.P.M.L. 2007) (concluding that in a nationwide class action the Northern District of Georgia was the most appropriate transferee forum because, in part, "two of the five corporate defendants have their principal places of business in that district, and thus witnesses and documents relevant to plaintiffs' claims are likely to be located there."); *In re Albertson's, Inc., Employment Practices Litig.*, 1998 U.S. Dist. LEXIS 6377, at *3 (J.P.M.L. May 4, 1998) (centralizing in the district where defendant's main offices were located, "and thus substantial discovery of witnesses and documents is likely to occur there."). In fact, the Panel has held that a district court "possesses a *clear nexus* to the litigation *because* [defendant] has its headquarters in that district." *In re Charter Commc'ns, Inc., Sec. Litig.*, 254 F. Supp. 2d 1379, 1381 (J.P.M.L. 2003) (emphasis added).

Menu Foods, Inc. is a defendant named in nearly every complaint filed in this litigation. The company is incorporated under the laws of New Jersey and maintains its principal executive offices in Pennsauken, New Jersey. Menu Foods, Inc. is of particular significance to this litigation it operates one of two facilities in the nation where the contaminated pet food at issue

5

was manufactured. This facility is also located in New Jersey. As a result, documents and witnesses relating to this manufacturing facility will undoubtedly reside and be found in New Jersey, making New Jersey a critical locus for discovery. It follows that centralizing these actions in the District of New Jersey will introduce efficiencies to the discovery process and streamline the management of these numerous cases.

By contrast, locating these actions in the Southern District of Florida or the Western District of Washington would hinder the administration of this litigation. Not a single defendant named in any of the sixty cases is located in any of these other proposed forums. Additionally, as mentioned earlier, even a relatively small percentage of the named plaintiffs reside in each of these other proposed districts. Consequently, because few, if any, documents and witnesses relevant to these cases will be available in those districts, the Southern District of Florida and the Western District of Washington have little nexus to this litigation.

### C. The District of New Jersey is the Most Convenient Forum for Parties and Witnesses

Whether a particular district is a convenient forum for parties and witnesses is a significant factor in determining the most appropriate transferee forum. 28 U.S.C. § 1407 ("Transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions."). The convenience of a particular district is often evaluated in terms of the potential forum's geographic proximity to parties and witnesses involved in the litigation. *See, e.g., In re New Motor Vehicles Canadian Exp. Antitrust Litig.,* 269 F. Supp. 2d 1372, 1373 (J.P.M.L. 2003) (holding that the District of Maine would serve the convenience of parties and witnesses because of its proximity to Canada, the country from which

6

automobiles were prevented from being exported); *In re Publ'n Paper Antitrust Litig.*, 346 F.

Supp. 2d 1370, 1372 (J.P.M.L. 2004) (indicating that the District of Connecticut best served the

convenience of defendants and witnesses located in the eastern United States); *In re Elec.*

*Carbon Prods. Antitrust Litig.*, 259 F. Supp. 2d 1374, 1376 (J.P.M.L. 2003) (stating that the

proximity of district courts to witnesses and parties are relevant to the convenience of a forum).

Menu Foods Income Fund is a Canadian company, with its principal executive offices

located in Ontario, Canada. As the parent company to every Menu Foods affiliate named in the

underlying cases, Menu Foods Income Fund is a critical defendant in this litigation. Among

other subsidiaries, it is the parent company to two of the pet food manufacturers implicated in the

distribution of contaminated pet food, including Menu Foods, Inc. Together, Menu Foods

Income Fund's location in Canada and Menu Foods, Inc.'s presence in New Jersey easily make

the District of New Jersey the most geographically proximate forum in this litigation.

Furthermore, the District of New Jersey is also the most convenient forum to the two

primary defendants in this litigation. Every case filed names either or both Menu Foods Income

Fund or Menu Foods, Inc. as defendants. The Southern District of Florida and the Western

District of Washington are both more geographically remote from both New Jersey and Canada.

### D. The Food and Drug Administration is Conducting Investigations in New Jersey

The ongoing investigation by the Food and Drug Administration (FDA) of the New

Jersey pet food factory operated by Menu Foods, Inc.[8] also weighs in favor of centralizing these

---

[8] *See, e.g.*, Donna St. George and Annie Gowen, *Anger Grows over Tainted Pet Food*, WASH. POST, March 24, 2007, at A1.

7

cases in the District of New Jersey. The Panel has held that the locus of government

investigations concerning the underlying litigation is a factor in deciding an appropriate

transferee forum. *See, e.g., In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347

(J.P.M.L. 2004) ("The presence of the government investigation . . . in the Southern District of

Ohio also tilts toward centralization in the Southern District of Ohio."); *In re Tri-State*

*Crematory Litig.*, 206 F. Supp. 2d 1376, 1378 (J.P.M.L. 2002) (holding that a district court was

the appropriate transferee forum because the criminal investigation was ongoing in that district);

*In re Air Crash Disaster at Washington, D.C. on January 13, 1982*, 533 F. Supp. 1350, 1351

(J.P.M.L. 1982) ("The District . . . is the most preferable transferee district. . . . federal

investigations . . . have taken and will continue to take place there.").

The FDA has investigated the New Jersey pet food manufacturing plant because it is one

of two manufacturing plants in the nation that received the contaminated wheat gluten suspected

to have caused mass illnesses and deaths among pets.[9] The New Jersey plant is also one of two

plants responsible for producing over 100 different brands of dog and cat food that eventually

recalled by Menu Foods Income Fund.

The FDA's investigatory work in New Jersey is a significant factor in favor of

centralizing all actions in the District of New Jersey. To Movant *Sexton's* knowledge, neither the

FDA, nor any other governmental agency, have conducted any investigations concerning the

current pet food recall in the Western District of Washington or the Southern District of Florida.

---

[9] MSNBC.com, *Owners Watching Pets Closely after Food Recall*, March 21, 2007, *at*
http://www.msnbc.msn.com/id/17650075/ (last viewed April 17, 2007).

## E. The District of New Jersey Has the Capacity and Experience Necessary for Managing These Proceedings

The District of New Jersey has the capacity for managing this litigation and is experienced in managing complex multidistrict litigation. These are important factors for designating the transferee forum. *See, e.g., In re Janus Mut. Funds Inv. Litig.*, 310 F. Supp. 2d 1359, 1361 (J.P.M.L. 2004) (centralizing cases in the District of Maryland because it was a "transferee district with the capacity and experience to steer [the] litigation on a prudent course"); *In re Cmty. Bank of N. Va. Mortgage Lending Practices Litig.*, 368 F. Supp. 2d 1354, 1355 (J.P.M.L. 2005) (holding that an appropriate transferee forum was, in part, one with the capacity to handle the litigation).

Judicial statistics also support transfer to the District of New Jersey. For instance, the District of New Jersey has terminated a greater number of MDL cases than the other proposed forums and has done so in nearly the same time period. The District of New Jersey has handled and terminated a total of thirty MDLs between 1972 and September 30, 2006. Judicial Panel on Multidistrict Litigation, *Multidistrict Litigation Terminated Through September 30, 2006.* By comparison, the Southern District of Florida has processed twenty-four MDLs between 1971 and September 30, 2006 and the Western District of Washington has processed only seventeen between 1976 and September 30, 2006 – a little over half as many as the District of New Jersey. *Id.*

The District of New Jersey also has a well-managed docket with judges who have handled their caseloads extremely expeditiously. The District of New Jersey typically has fewer filings than both the Southern District of Florida and the Western District of Washington.

9

Administrative Office of the U.S. Courts, *Library – Publication and Reports, Statistical Reports: Federal Court Management Statistics, 2006 District Courts, available at* http://www.uscourts.gov/cgi-bin/cmsd2006.pl. As a result, the median time period between filing and disposition in the District of New Jersey is 8.2 months, while the median time period from filing to disposition in the Western District of Washington, for example, is 9.1 months. *Id.*

Finally, the Honorable Noel L. Hillman, to whom the vast majority of New Jersey cases have been assigned, is a well-respected jurist with a demonstrated e ability to preside over complex cases. Judge Hillman is also not currently handling any MDL proceedings in the District of New Jersey. Judicial Panel on Multidistrict Litigation, *Distribution of Pending MDL Dockets (as of March 12, 2007)*, at 5, *available at* http://www.jpml.uscourts.gov/Pending_MDLs/PendingMDL-March-07.pdf.

### F. The District of New Jersey is Easily Accessible

Another factor the Panel considers in determining the most appropriate transferee forum is whether a district court is located in an accessible metropolitan area. The Panel has previously found the District of New Jersey to meet this criteria. *See, e.g., In re Comp. of Managerial, Prof'l and Technical Employees Antitrust Litig.*, 206 F. Supp. 2d 1374, 1375-76 (J.P.M.L. 2002) (centralizing in the District of New Jersey and recognizing the District of New Jersey as an "accessible, urban district[]"); *In re Long-Distance Tel. Serv. Fed. Excise Tax Refund Litig.*, 469 F. Supp. 2d 1348, 1350 (J.P.M.L. 2006) (centralizing in the District of Columbia because the district was both easily accessible and supported by the "most geographically distant parties – plaintiffs in the Central District of California action").

10

There are four major international airports situated around the District of New Jersey –
Newark Liberty International Airport, in New Jersey, both John F. Kennedy International Airport
and LaGuardia International Airport, in New York, and Philadelphia International Airport, in
Philadelphia, Pennsylvania. Each of these airports are geographically close to the District of
New Jersey, Camden Division, where twenty-seven of the sixty cases in this litigation have been
filed. In fact, Camden and Philadelphia are only five miles apart.

The proximity of the District of New Jersey to these several major airports will also be
most conducive to several named defendants that are located in China, specifically ChemNutra
LLC and Xuzhou Anying Biologic Technology Development Company Ltd. As the FDA has
traced the contaminated wheat gluten to these Chinese companies,[10] it is imperative these
defendants have easy access to the district in which these cases are centralized.

## III.    CONCLUSION

For the foregoing reasons, Plaintiff *Sexton* respectfully requests that the Panel centralize
and transfer these actions to the District of New Jersey.

Dated: April 19, 2007             **WEXLER TORISEVA WALLACE LLP**

By: _____
                    MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

---

[10] CBSNews.com, *FDA Blocks Wheat Gluten from China*, April 2, 2007, *at*
http://www.cbsnews.com/stories/2007/04/02/health/main2638477.shtml (last viewed April 18, 2007).

Kenneth A Wexler
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 290
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile:  (312) 346-0022

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for *Plaintiff/Movant, Shirley Sexton*

12

FILED
LODGED
RECEIVED 

APR 2 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>PET FOOD PRODUCTS LIABILITY<br>LITIGATION | MDL Docket No. 1850 |

## CERTIFICATE OF SERVICE

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

**Attorneys for Movant *Shirley Sexton***

1

I, Rochelle Firebaugh, employed by Wexler Toriseva Wallace, LLP, do hereby

state under penalty of perjury that:

1.    On April 19, 2007 I caused to be served the following papers:

**Plaintiff Shirley Sexton's Memorandum of Law in Response to
Plaintiff Troiano and Washington Plaintiffs' Motions for
Transfer and Coordination or Consolidation
Under 28 U.S.C. §1407;**

**Response of Plaintiff Shirley Sexton to Plaintiff Troiano and
Washington Plaintiffs' Motions for Transfer and Coordination
or Consolidation Under 28 U.S.C. §1407; and**

**Certificate of Service**

2.    On April 19, 2007, I caused those papers to be served by Personal
Delivery upon:

Jeffrey N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

3.    On April 19, 2007, I caused those papers to be served via United
States First Class Mail upon:

**SEE ATTACHED PANEL SERVICE LIST**

Executed on April 19, 2007, at Sacramento, California.

Rochelle Firebaugh

Certificate of Service

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

    Docket: 1850 - In re Pet Food Products Liability Litigation
    Status: Pending on  / /
    Transferee District:        Judge:                                                                   Printed on 04/17/2007

**ATTORNEY - FIRM**                          **REPRESENTED PARTY(S)**
_____

Berman, Steve W.                             => Phone: (206) 623-7292  Fax: (206) 623-0594
Hagens Berman Sobol Shapiro, LLP                 Heller, Stacey*; Johnson, Suzanne E.*; Klemann, Craig R.*; Kornelius, Audrey*; Mitchell, Cecily*;
1301 Fifth Avenue                                Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Barbara*
Suite 2900
Seattle, WA 98101


Blim, John                                   => Phone: (312) 913-9400  Fax: (312) 913-9401
Blim & Edelson, LLC                              Majcrczyk, Dawn*
53 West Jackson Blvd.
Suite 1642
Chicago, IL 60604


Craft, Perry A.                              => Phone: (615) 309-1707  Fax: (615) 309-1717
Craft & Sheppard, PLC                            Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra*
The Shiloh Building
214 Centerview Drive
Suite 223
Brentwood, TN 37027


Davidson, Stuart A.                          => Phone: (561) 750-3000  Fax: (561) 750-3364
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP   Troiano, Christina*
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809


Eukanuba,                                    =>
One Procter & Gamble Plaza C-2                   Eukanuba
Cincinnati, OH 45202


Hatfield, Jason Matthew                      => Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lundydavis.com
Lundy & Davis, LLP                               Sims, Charles Ray*; Sims, Pamela*
300 North College Avenue
Suite 309
Fayetteville, AR 72701


Hutchinson, Jeremy Y.                         => Phone: (501) 372-3480  Fax: (501) 372-3488
Patton, Roberts, McWilliams & Capshaw, LLP       Widen, Barbara*; Widen, Richard Scott*
Stephens Building
111 Center Street
Suite 1315
Little Rock, AR 72201


Ireland, D. Jeffrey                          => Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficlaw.com
Faruki, Ireland & Cox, P.L.L.                    Iams Co.*
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

_____

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,830 Continued)*

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | => Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Menu Foods,<br>8 Falconer Drive<br>Streetsville, ON Canada L5N 1B1 | =><br>Menu Foods; Menu Foods Gen Par Ltd.; Menu Foods Income Fund; Menu Foods Ltd.; Menu Foods Ltd.<br>Partnership; Menu Foods Operating Partnership |
| Menu Foods Holdings, Inc.,<br>C/O Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | =><br>Menu Foods Holdings, Inc.; Menu Foods Midwest Corp.; Menu Foods South Dakota Inc. |
| Menu Foods Inc.,<br>C/O Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | =><br>Menu Foods, Inc. |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | => Phone: (206) 398-1188  Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Law Offices of Bruce E. Newman, LLC<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | => Phone: (860) 583-5200<br>Osborne, Lauri A. |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | => Phone: (215) 875-3071  Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | =><br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | => Phone: (312) 346-2222  Fax: (312) 346-0022<br>Sexton, Shirley* |

Note: Please refer to the report title page for complete report scope and key.

## SERVICE LIST

William M. Audet
Michael McShane
Kevin L. Thomason
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556
Attorneys for Plaintiffs *Leslie Berndl, Jim Moses, Terri Moses, Janice Bonier, Guy Britton, Tammy Matthews*

Michael A. Ferrara, Jr.
**THE FERRARA LAW FIRM, LLC**
601 Longwood Avenue
Cherry Hill, NJ  08002
Telephone:  (856) 779-9500
Attorneys for Plaintiffs *Leslie Berndl, Jim Moses, Terri Moses, Janice Bonier, Guy Britton, Tammy Matthews*

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo M. Furukawa
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA  90070
Telephone:  (213) 617-1200
Facsimile:  (213) 617-1975
E-mail:  jwesterman@milbergweiss.com
           skim@milbergweiss.com
Attorneys for Plaintiffs *Mark Golding, Dawn Howe, Dennis L. Townsend*

Joseph J. DePalma
Susan D. Pontoriero
Allyn Z. Lite
Bruce D. Greenberg
**LITE, DEPALMA, GREENBERG & RIVAS, LLC**
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
E-mail: jdepalma@ldgrlaw.com; alite@ldgrlaw.com; bgreenberg@ldgrlaw.com
Attorneys for Plaintiffs *Alexander Nunez, Mark Golding, Paul Richard, Jennifer Richard, Charles Kohler, Alicia Kohler, Larry Wilson, Troy Gagliardi, Kami Turturro, Julie Hidalgo, Steven Freeman*

Andrew S. Friedman
Wendy J. Harrison
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
Attorneys for Plaintiffs *Paul Richard, Jennifer Richard, Charles Kohler, Alicia Kohler*

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Attorneys for Plaintiffs *Shirley Sexton, Larry Wilson, Stephen Donnelly, Jennifer Hirni*

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
**MURRAY & MURRAY CO., LPA**
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Attorneys for Plaintiffs *Gregory Boehm*

Jeremy Gilman
Nicole Dorsky
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Attorneys for Plaintiffs *Gregory Boehm*

Donna Siegel Moffa
Lisa J. Rodriguez
**TRUJILLO, RODRIGUEZ & RICHARDS, LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887
Attorneys for Plaintiffs *Peggy Schneider, Matt Long, Chantelle Conti, Cheri Cutler*

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
**BERGER & MONTAGUE, PC**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Attorneys for Plaintiff *Peggy Schneider, Chantelle Conti, Cheri Cutler*

Roberta D. Liebenberg
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street - 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Attorneys for Plaintiff *Peggy Schneider*

William M. O'Mara
Brian O. O'Mara
David C. O'Mara
**THE O'MARA LAW FIRM, P.C.**
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
Attorneys for Plaintiff *Marion Streczyn*

3

Robert A. Rovner
Jeffrey I. Zimmerman
**ROVNER, ALLEN, ROVNER,**
 **ZIMMERMAN & NASH**
175 Bustleton Pike
Feasterville, PA  19053-6456
Telephone:  (215) 698-1800
Attorneys for Plaintiffs *Jared Workman and Mark and Mona Cohen*

William J. Pinilis
**KAPLAN FOX & KILSHEIMER LLP**
237 South Street
Morristown, NJ  07962
Telephone:  (973) 656-0222
Facsimile:  (973) 401-1114
E-mail:  wpinilis@kaplanfox.com
Attorneys for Plaintiffs *Jim Bullock, David Carter*

Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN**
210 Summit Avenue
Montvale, NJ  07645
Telephone:  (201) 391-7000
Facsimile:  (201) 307-1086
Attorney for *Jayme Pittsonberger*

Jeffrey A. Wigodsky
**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**
1133 Connecticut Avenue, NW, Suite 250
Washington, DC  20036
Telephone:  (202) 822-3777
Facsimile:  (202) 822-9722
Attorney for *Jayme Pittsonberger*

Joseph M. Vanek
**VANEK, VICKERS & MASINI PC**
111 S. Wacker Drive, Suite 4050
Chicago, IL  60606
Telephone:  (312) 224-1500
Facsimile:  (312) 224-1510
Attorney for *Jayme Pittsonberger*

Robert Kaplan
Linda Nussbaum
Christine M. Fox
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Attorneys for Plaintiffs *Jim Bullock, Jayme Pittsonberger, David Carter*

Laurence D. King
**KAPLAN FOX & KILSHEIMER LLP**
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Attorneys for Plaintiffs *Jim Bullock, Jayme Pittsonberger, David Carter*

Todd M. Schneider
**SCHNEIDER & WALLACE**
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Attorneys for Plaintiffs *Jim Bullock, Jayme Pittsonberger, David Carter*

Gary E. Mason
Donna F. Solen
**THE MASON LAW FIRM LLP**
1225 19TH Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Attorneys for Plaintiffs *Jim Bullock, Jayme Pittsonberger, David Carter*

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com
Attorneys for Plaintiffs *Larry Klimes, Paul Lavoie, Richard Mueller, Stacey Heller, Toinette Robinson, David Rapp, Cecily Mitchell, Terrence Mitchell, Audrey Kornelius, Barbara Smith, Suzanne E. Johnson, Craig R. Klemann*

Gregg D. Trautmann
**TRAUTMANN & ASSOCIATES, LLC**
262 East Main Street
Rockaway, NJ 07866
Telephone: (973) 316-8100
E-mail: gtd@trautmann.com
Attorneys for Plaintiffs *Suzanne Thomson, Robert Trautmann*

Arthur N. Abbey Gardy
Stephen T. Rodd
Orin Kurtz
**ABBEY SPANIER RODD ABRAMS & PARADIS, LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
Attorneys for Plaintiffs *Linda Tinker*

Alan E. Sash
Steven J. Hyman
**MCLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Attorneys for Plaintiffs *Linda Tinker*

Michael David Myers
**MYERS & COMPANY, P.L.L.C.**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112
E-mail: mmyers@myers-company.com
Attorneys for Plaintiff *Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily Mitchell, Terrence Mitchell, Audrey Kornelius, Barbara Smith*

Philip H. Gordon
Bruce S. Bistline
**GORDON LAW OFFICES**
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 345-7100
Facsimile:  (208) 623-0594
E-mail:  pgordon@gordonlawoffices.com
Attorneys for Plaintiffs *Larry Klimes, Paul Lavoie, Richard Mueller, Suzanne E. Johnson, Craig R. Klemann*

Mick Hodges
**HODGES LAW OFFICE, PLLC**
163 2ND Avenue West
Twin Falls, Idaho  83303
Telephone:  (208) 734-2011
Facsimile:  (208) 734-2511
E-mail:  mick76hodges@aol.com
Attorneys for Plaintiffs *Larry Klimes, Paul Lavoie, Richard Mueller*

Adam P.Karp
**ANIMAL LAW OFFICES OF ADAM P. KARP**
114 W. Magnolia Street, Suite 425
Bellingham, WA  98225
Telephone:  (360) 738-7273
Facsimile:  (360) 392-3936
E-mail:  adam@animal-lawyer.com
Attorneys for Plaintiffs *Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrence Mitchell, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michele Suggett and Don James*

Jason M. Hatfield
**LUNDY & DAVIS, LLP**
300 North College Avenue, Suite 309
Fayetteville, AR  72701
Telephone:  (479) 527-3921
Facsimile:  (479) 587-9196
E-mail:  jhatfield@lundydavis.com
Attorney for Plaintiffs *Charles Ray Sims and Pamela Sims*

7

Jeremy Young Hutchinson
Jack T. Patterson, II
**PATTON, ROBERTS, McWILLIAMS & CAPSHAW**
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488
E-mail: jhutchinson@pattonroberts.com
Attorneys for Plaintiffs *Richard Scott Widen, Barbara Widen*

James C. Wyly
Richard A. Adams
Sean F. Rommel
**PATTON, ROBERTS, McWILLIAMS & CAPSHAW**
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
E-mail: jwyly@pattonroberts.com
Attorneys for Plaintiffs *Richard Scott Widen and Barbara Widen*

Shawn A. Williams
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@lerachlaw.com
Attorneys for Plaintiffs *Sherry Ingles*

Paul J. Geller
Stuart A. Davidson
James L. Davidson
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Attorneys for Plaintiffs *Troy Gagliardi, Kami Turturro, Julie Hidalgo, Sherry Ingles,
Christina Troiano*

8

Leonard M. Gulino
*Daniel J. Mitchell*
Michael R. Bosse
Theodore A. Small
**BERNSTEIN SHUR**
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
E-mail: lgulino@bssn.com
Attorneys for Plaintiffs *Mara Brazilian*

Lawrence M. Kopelman
**KOPELMAN & BLANKMAN**
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Telephone: (954) 462-6899
Facsimile: (954) 462-6899
E-mail: lmk@kopelblank.com
Attorneys for Plaintiff *Christina Troiano*

Debra Lynn Waldhauer
Satoru Waldhauer
159 N. Audrey Circle, NW
Fort Walton Beach, FL 32548
Telephone: (850) 243-8974
Facsimile: (850) 259-1819
Attorneys for Plaintiff *Debra Lynn Waldhauer, Satoru Waldhauer*

Michael L. Kelly
Robert M. Churella
Robert K. Friedl
**KIRTLAND & PACKARD**
2361 Rosecrans Avenue, 4th Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Attorneys for *Paul Randolph Johnson, Tammy Navarrete*

9

A. James Andrews
Nicole Bass
**A. JAMES ANDREWS**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623
E-mail: andrewsesq@icx.net
Attorneys for Plaintiffs *Lizajean Holt, Donna Lefebvre, Debra LeRoy, Kim Leonard*

Perry A. Craft
**CRAFT & SHEPPARD**
214 Centerview Drive, Suite 233
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717
E-mail: perrycraft@craftsheppardlaw.com
Attorneys for Plaintiffs *Lizajean Holt, Donna Lefebvre, Debra LeRoy, Kim Leonard*

Dan C. Stanley
Robert R. Kurtz
**STANLEY & KURTZ, PLLC**
422 S. Gay Street, 3rd Floor
Knoxville, TN 37902
Telephone: (865) 522-9942
Facsimile: (865) 522-9945
E-mail: danchanningstanley.com
Attorneys for Plaintiffs *Barbara Light*

Peter N. Wasylyk
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064
E-mail: pnwlaw@aol.com
Attorneys for Plaintiffs *Carol Brown*

Andrew S. Kierstead
**LAW OFFICE OF ANDREW S. KIERSTEAD**
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356
Attorney for Plaintiffs *Carol Brown*

Marc Stanley
**STANLEY, MANDEL & IOLA, LLP**
3100 Monticello Avenue, Suite 750
Dallas, TX  75205
Telephone:  (214) 443-4300
Facsimile:  (214) 443-0358
Attorney for Plaintiffs *Carol Brown*


John Blim
Jay Edelson
Myles McGuire
**BLIM & EDELSON, LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL  60604
Telephone:  (312) 913-9400
Facsimile:  (312) 913-9401
E-mail:  jay@blimlaw.com
Attorneys for Plaintiff *Dawn Majerczyk*


Bruce E. Newman
**NEWMAN, CREED & ASSOCIATES**
99 North Street, Route 6
P.O. Box 575
Bristol, CT  06011-0575
Telephone: (860) 583-5200
Attorney for Plaintiff *Laurie Osborn*


Mark Reinhardt
Garrett D. Blanchfield
**REINHARDT WENDORF & BLANCHFIELD**
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  (651) 287-2100
Facsimile:  (651) 287-2103
E-mail:        mreinhardt@comcast.net
                g.blanchfield@rwblawfirm.com
Attorneys for Plaintiff *Stephanie Rozman*

Frank Jablonski
Noah Golden-Krasner
**PROGRESSIVE LAW GROUP, LLC**
354 West Main Street
Madison, WI  53703
Telephone:  (608) 258-8511
Facsimile:  (608) 442-9494
E-mail:          frankj@progressivelaw.com
                     noah@mainstreetjustice.com
Attorneys for Plaintiff *Stephanie Rozman*

Ilan J. Chorowsky
**PROGRESSIVE LAW GROUP, LLC**
1130 North Dearborn Street, Suite 3110
Chicago, IL  60610
Telephone:  (312) 643-5893
Facsimile:  (312) 643-5894
E-mail:  ilan@progressivelaw.com
Attorney for Plaintiff *Stephanie Rozman*

Eric Lee
**LEE & AMTZIS, P.L.**
5550 Glades Road, Suite 401
Boca Raton, FL  33428
Telephone:  (561) 981-9988
Facsimile:  (561) 981-9980
Attorney for Plaintiff *Steven Freeman*

James C. Shah
Nathan C. Zipperian
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
475 White Horse Pike
Collingswood, NJ  08107-1909
Telephone:  (856) 858-1770
Facsimile:  (856) 858-7012
Attorneys for *Christina Johnson*

Natalie Finkelman Bennett
Scott R. Shepherd
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
35 East State Street
Media, PA   19063
Telephone:  (610) 891-9880
Facsimile:  (610) 891-9883
Attorneys for *Christina Johnson, Stephen Donnelly, Jennifer Hirni*

Scott R. Shepherd
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 943-9191
Facsimile: (954) 943-9173
Attorneys for *Stephen Donnelly, Jennifer Hirni*

Lawrence E. Feldman
William Angle
**LAWRENCE E. FELDMAN & ASSOCIATES, LLP**
432 Tulpehocken Avenue
Elkins Park, PA 19027
Telephone: (215) 885-3302
Facsimile: (215) 885-3303
Attorneys for *Christina Johnson, Stephen Donnelly, Jennifer Hirni*

Christopher A. Seeger
Scott A. George
**SEEGER WEISS LLP**
550 Broad Street
Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
Attorneys for *James Conner, Frances Nash*

Jonathan Shub
**SEEGER WEISS LLP**
1200 Walnut Street, 5th Floor
Philadelphia, PA 19107
Telephone: (215) 735-7580
Facsimile: (215) 735-7583
Attorneys for *James Conner, Frances Nash*

Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Robert J. Gray
**SHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Attorneys for *Matt Long*

Michael J. Boni
**BONI & ZACK, LLC**
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone:  (610) 822-0201
Facsimile:  (610) 822-0206
Attorneys for *Chantelle Conti, Cheri Cutler*

Michael Donovan
**DONOVAN SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:  (215) 732-6067
Facsimile:  (215) 732-8060
Attorneysfor *Chantelle Conti, Cheri Cutler*

Renae Steiner
**GUSTAFSON GLUEK**
650 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone:  (612) 333-8844
Facsimile:  (612) 339-6622
Attorneys for *Stephen Donnelly, Jennifer Hirni*

Bill G. Horton
**NOLAN, CADDELL & REYNOLDS, PA**
P.O. Box 184
Fort Smith, AR  72902
Telephone:  (479) 782-5297
Facsimile:  (479) 782-5184
Attorneys for *Sandra L. Gray, Nick Jackson, Deena Jackson*

14

| COURTS | |
|---|---|
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>312 N. Spring Street, #G-8<br>Los Angeles, CA 90012-4793 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 |
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF MAINE**<br>156 Federal Street<br>Portland, ME 04101-4152 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF RHODE ISLAND**<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 |
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>700 Stewart Street<br>Seattle, WA 98101 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF TENNESSEE**<br>800 Market Street<br>Knoxville, TN 37902 |
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WISCONSIN**<br>120 N. Henry Street, Room 320<br>P. O. Box 432<br>Madison, WI 53701-0432 |
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>Everett McKinley Dirksen Building, 20th<br>Floor<br>219 Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF CONNECTICUT**<br>Richard C. Lee United States Courthouse<br>141 Church Street<br>New Haven, CT 06510 |
| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT**<br>John Paul Hammerschmidt Federal<br>Building, Room 559<br>35 East Mountain<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEVADA**<br>400 S. Virginia St.<br>Reno, NV 89501 |

Certificate of Service

| Clerk of the Court<br>**UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>Martin Luther King Building & U.S.<br>Courthouse<br>50 Walnut Street, Room 4015<br>Newark, NJ 07101 | |

Certificate of Service