THE HONORABLE RICARDO S. MARTINEZ
Hearing Date: 5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOM WHALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation; THE IAMS COMPANY, a foreign corporation; DOG FOOD PRODUCERS NUMBERS 1-50; and CAT FOOD PRODUCERS 1-40,<br><br>Defendants. | No.  CV 07-0411 RSM<br><br>CERTIFICATE OF SERVICE |

I, Kristen D. Johnson, say:

I hereby certify that on May 4, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Adam Karp
Animal Law Offices
114 West Magnolia Street, Suite 425
Bellingham, WA 98225
adam@animal-lawyer.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE – CV07-0411 RSM - 1

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

Dockets.Justia.com

DATED this 4th of May, 2007, at Seattle, Washington.

    /s/ Kristen D. Johnson
Kristen D. Johnson
Legal Assistant to Jeffrey T. Kestle