1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7

8   TOM WHALEY, individually and on behalf of all          CASE NO.  C07-0411RSM
    others similarly situated,
9
                       Plaintiffs,                          MINUTE ORDER
10
                  v.
11
    MENU FOODS, et al.,
12
                       Defendants.
13

14

15          The following Minute Order is made by direction of the Court, the Honorable Ricardo S.

16   Martinez, United States District Judge:

17          Defendant Menu Foods' unopposed motion to stay this action pending a decision by the Judicial

18   Panel on Multidistrict Litigation is GRANTED.  This case is now STAYED and the Clerk shall so

19   indicate on the docket.   The parties shall continue to file copies of documents sent to the Judicial Panel

20   as appropriate.  Any party may move to lift the stay upon notice of action by the Judicial Panel.

21          DATED this 4th day of May, 2007.

22                                                         BRUCE RIFKIN, Clerk

23

24                                                         By: /s/ Rhonda Stiles
                                                               Deputy Clerk
25

26

27

28   MINUTE ORDER