HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOM WHALEY, individually and on behalf
of all similarly situated,

             Plaintiffs,

    vs.

MENU FOODS, a foreign corporation, THE
IAMS COMPANY, a foreign corporation, et
al,

             Defendants.

CIVIL ACTION NO. 07-CV-00411 RSM

**NOTICE OF APPEARANCE**

TO:        The Clerk of the Court

AND TO:    All Parties of Record

     PLEASE TAKE NOTICE that Defendant Iams Company hereby appears in the above-entitled action through the undersigned counsel, without waiving objections as to lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, lack of subject matter jurisdiction, and failure to state a claim upon which relief can be granted.

     All further papers and pleadings, except original process, shall be served upon the

NOTICE OF APPEARANCE -1-
No. 07-00411-RSM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1    undersigned attorneys at the address stated below.

2

3    DATED:  May 8, 2007                    DORSEY & WHITNEY LLP

4

5                                               _____*s/James E. Howard*_____
                                             Evan L. Schwab, WSBA #2174
6                                            James E. Howard, WSBA #37259
                                             1420 Fifth Avenue, Suite 3400
7                                            Seattle, WA 98101
                                             (206) 903-8800
8                                            (206) 903-8820 fax
                                             schwab.evan@dorsey.com
9                                            howard.james@dorsey.com

10

11                                           OF COUNSEL:

12
                                             D. Jeffrey Ireland (Ohio Bar No. 0010443)
13                                           Laura A. Sanom (Ohio Bar No. 0039451)
                                             Brian D. Wright (Ohio Bar No. 0075359)
14                                           FARUKI IRELAND & COX P.L.L.
                                             500 Courthouse Plaza, S.W.
15                                           10 North Ludlow St.
                                             Dayton, OH  45402
16                                           (937) 227-3710
                                             (937) 227-3717 fax
17                                           djireland@ficlaw.com

18
                                             ***Attorneys for Defendant The Iams Company***
19

20

21

22

23

24

25

NOTICE OF APPEARANCE -2-
No. 07-00411-RSM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing **Notice of Appearance by Defendant The Iams Company** with the United States District Court Clerk, Western District of Washington, using the ECF system, which sent email notification of this filing to the below-listed counsel of record:

Adam P. Karp
adam@animal-lawyer.com

Michael D. Myers
mmyers@myers-company.com

Jeffrey T. Kestle
jkestle@gardnerbond.com

DATED:  May 8, 2007


_____*s/Leslie Boston*_____
Leslie Boston

NOTICE OF APPEARANCE -3-
No. 07-00411-RSM
4848-7744-0257\1 5/8/2007 4:38 PM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
Fax: (206) 903-8820